UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                Civil No. 20-cv-12545

vs.

                                    Hon. Mark A. Goldsmith

One Hundred Six Thousand Two Hundred Sixty Dollars ($106,260.00) in U.S. Currency from Comerica Bank Safe Deposit Box #0000046-2; Ninety Thousand Two Hundred Thirty Dollars ($90,230.00) in U.S. Currency from Comerica Bank Safe Deposit Box #00B0945-5; One Thousand Five Hundred Seventy-Five Dollars ($1,575.00) in U.S. Currency; Twenty-Two Thousand Two Hundred Seventy-Seven Dollars and Ninety-Seven Cents ($22,277.97) in U.S. Currency from JP Morgan Chase Bank Acct. #XXXXX0315; One Hundred Six Thousand Six Hundred Twenty-Three Dollars and Thirty-Nine Cents ($106,623.39) in U.S. Currency from Comerica Bank Checking Acct. #XXXXXX3895; Thirty-One Thousand One Hundred Ninety-Five Dollars and Ten Cents ($31,195.10) in U.S. Currency from JP Morgan Chase Bank, Checking Acct. #XXXXX7813; Ninety-Six Thousand Four Hundred Fifty-Two Dollars and Forty-Six Cents ($96,452.46) in U.S. Currency from Comerica Bank, Checking Acct. #XXXXXX5135; Twenty-Four Thousand

Three Hundred Three Dollars and Twenty-Six Cents ($24,303.26) in U.S. Currency from Comerica Bank, Checking Acct. #XXXXX0751; and All Funds on Deposit in Fidelity Investments, Fidelity Self-Employed 401(k), Acct. #487-886980, in the name of Soliman Medical Center PLLC and Mikhayl S. Soliman.

Defendants *in Rem*.

## Default Judgment and Final Order of Forfeiture

This matter came before the Court on Plaintiff United States of America's Motion for Entry of Default Judgment Against all Interested Parties and Final Order of Forfeiture of the Defendants *in rem.* The Court has reviewed the Motion and the record in this case and being fully aware of the issues, Orders as follows:

**IT IS ORDERED** that the United States' Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendants *in rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States.

**IT IS FURTHER ORDERED** that the Defendants *in rem,* which consist of:

2

a. One Hundred Six Thousand Two Hundred Sixty Dollars ($106,260.00) in U.S. Currency from Comerica Bank Safe Deposit Box #0000046-2;

b. Ninety Thousand Two Hundred Thirty Dollars ($90,230.00) in U.S. Currency from Comerica Bank Safe Deposit Box #00B0945-5;

c. One Thousand Five Hundred Seventy-Five Dollars ($1,575.00) in U.S. Currency;

d. Twenty-Two Thousand Two Hundred Seventy-Seven Dollars and Ninety-Seven Cents ($22,277.97) in U.S. Currency from JP Morgan Chase Bank Acct. #XXXXX0315;

e. One Hundred Six Thousand Six Hundred Twenty-Three Dollars and Thirty-Nine Cents ($106,623.39) in U.S. Currency from Comerica Bank Checking Acct. #XXXXXX3895;

f. Thirty-One Thousand One Hundred Ninety-Five Dollars and Ten Cents ($31,195.10) in U.S. Currency from JP Morgan Chase Bank, Checking Acct. #XXXXX7813;

g. Ninety-Six Thousand Four Hundred Fifty-Two Dollars and Forty-Six Cents ($96,452.46) in U.S. Currency from Comerica Bank, Checking Acct. #XXXXXX5135;

h. Twenty-Four Thousand Three Hundred Three Dollars and Twenty-Six Cents ($24,303.26) in U.S. Currency from Comerica Bank, Checking Acct. #XXXXX0751; and

i. All Funds on Deposit in Fidelity Investments, Fidelity Self-Employed 401(k), Acct. #487-886980, in the name of Soliman Medical Center PLLC and Mikhayl S Soliman.

3

are **FORFEITED** to the United States under 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6), and a Final Order of Forfeiture as to the Defendants *in rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of Mikhayl Samy Soliman, Amany Soliman, Soliman Family Trust, and all other interested parties, or their successors and assigns, in the Defendants *in rem*, are forever **EXTINGUISHED** and clear title to the Defendants *in rem* is **VESTED** in the United States.

    The United States Marshals Service, or its designee, is **AUTHORIZED** to dispose of the Defendants *in rem* according to law.

    SO ORDERED.

Dated: January 12, 2021          s/Mark A. Goldsmith
     Detroit, Michigan          MARK A. GOLDSMITH
                                             United States District Judge